James A.G. BUNCH, Jr., Petitioner—
Appellant,

v.

NORTH CAROLINA DEPARTMENT
OF CORRECTION; Lawrence Solo-
mon, Superintendent at Odom Correc-
tional Institution; Attorney General
of the State of North Carolina, Re-
spondents—Appellees.

No. 05–6876.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 17, 2005.

Decided: Aug. 26, 2005.

James A.G. Bunch, Jr., Appellant pro se.
Clarence Joe DelForge, III, North Car-
olina Department of Justice, Raleigh,
North Carolina, for Appellees.

Before WILKINSON and KING,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

James A.G. Bunch, Jr., a state prisoner,
seeks to appeal the district court's order

denying relief on his motion filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that the district court's assessment of his constitutional claims is debatable or wrong and that any dispositive procedural rulings by the district court are also debatable or wrong. See *Miller-El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Bunch has not made the requisite showing. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*